UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>PAUL MELIN,<br><br>        Defendant. | Case No. 2:02-cr-274-RLH-LRL<br><br>**ORDER** |

Based on the above points and authorities and good cause appearing therefore, the **UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** is hereby granted.

        **IT IS HEREBY ORDERED** that the term of supervised release be terminated.

        DATED this 24th day of January, 2013.

                                            _____
                                            UNITED STATES DISTRICT JUDGE